UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE INNER CITY PRESS                          :
                                                :        **ORDER**
                                                :        26-CV-4094 (WFK)
                                                :
--------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the request from Inner City Press to unseal the criminal case

18-CR-277. ECF No. 1. The Court DIRECTS Plaintiff and Defendant to submit their responses

to the request on ECF on or before Tuesday, August 11, 2026, at 5:00 P.M. The Court further

DIRECTS Inner City Press to submit its reply, if any, on or before Tuesday, August 25, 2026, at

5:00 P.M.

The Clerk of Court is respectfully directed to mail a copy of this Order and an updated

copy of the docket report for the above-captioned civil action to Mr. Matthew Russell Lee of

Inner City Press.

**SO ORDERED.**

**s/WFK**
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2026
      Brooklyn, New York