UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                  :

IN RE: INNER CITY PRESS               :          No, 26-cv-4094 (WFK)

                                  :

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Robert M. Radick, of Morvillo Abramowitz Grand

Iason & Anello P.C., with offices located at 565 Fifth Avenue, New York, New York 10017,

hereby appear on behalf of defendant

        I certify that I am admitted to practice before this Court.

Dated:   New York, New York
          July 13, 2026

                        MORVILLO ABRAMOWITZ GRAND
                         IASON & ANELLO P.C.

                         Robert M. Radick

                         565 Fifth Avenue
                         New York, New York 10017
                         (212) 880-9558 (Phone)
                         (212) 856-9494 (Fax)
                         Email: rradick@maglaw.com

                         *Attorneys for Defendant*