UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE INNER CITY PRESS      :

     :           **<u>ORDER</u>**

     :           26-CV-4094 (WFK)

-------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court respectfully directs the Clerk of Court to designate Mr. Matthew Russell Lee

of Inner City Press (matthew.lee@innercitypress.com) as a recipient of electronic notifications in

the above-captioned action. The Clerk of Court is further directed to mail a copy of this Order

and an updated copy of the docket report to Mr. Lee.

                          **SO ORDERED.**

                          __**s/WFK**__

                          HON. WILLIAM F. KUNTZ, II
                          UNITED STATES DISTRICT JUDGE

Dated: July 15, 2026
        Brooklyn, New York