## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

_____

WRITER'S CONTACT INFORMATION

rradick@maglaw.com
esmit@maglaw.com
(212) 856-9600

SENIOR COUNSEL
PAUL R. GRAND
_____

COUNSEL
JASMINE JUTEAU
_____

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009


*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 11, 2026

**By ECF**
The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     In re: Inner City Press, 26-CV-4094 (WFK)

Dear Judge Kuntz:

On behalf of our client in the sealed matter bearing docket number 18-CR-277 (Kuntz, J.), we respectfully submit this letter pursuant to the Court's order of July 13, 2026 in the above-captioned case.

For the reasons the government has articulated, we oppose Inner City Press' request to unseal the docket sheet and judicial records in the 18-CR-277 matter, and urge that the motion of Inner City Press be denied.

Respectfully submitted,

/s/
Robert M. Radick
Emily K. Smit

cc:     Counsel of Record (by ECF)