UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE INNER CITY PRESS            :

                                      :                 **SCHEDULING ORDER**
                                      :                 26-CV-4094 (WFK)

-------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of all responses to the request from Inner City Press to unseal the criminal case 18-CR-277 at ECF No. 1. ECF Nos. 5–7.

The Court SCHEDULES oral argument on the unsealing request in the above-captioned action for Monday, August 24, 2026, at 12:00 Noon. Oral argument will proceed before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201.

The Clerk of Court is respectfully directed to mail a copy of this Order and an updated copy of the docket report for the above-captioned civil action to Mr. Matthew Russell Lee of Inner City Press.

                                    **SO ORDERED.**

                                    **s/WFK**
                                  HON. WILLIAM F. KUNTZ, II
                                  UNITED STATES DISTRICT JUDGE

Dated: August 12, 2026
       Brooklyn, New York