UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE INNER CITY PRESS    :
            :     **ORDER**
            :     26-CV-4094 (WFK)
            :
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

 The Court is in receipt of Mr. Matthew Russell Lee's request to enter the United States Courthouse at 225 Cadman Plaza East, Brooklyn, New York 11201 with his electronic devices for oral argument in the above-captioned action currently scheduled for Monday, August 24, 2026, at 12:00 Noon.  The request is DENIED.

          **SO ORDERED**

           **s/WFK**
          _____
          HON. WILLIAM F. KUNTZ, II
          UNITED STATES DISTRICT JUDGE

Dated: August 13, 2026
   Brooklyn, New York