UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

| | | |
|---|---|---|
| IN RE INNER CITY PRESS | : | **ORDER** |
| | : | 26-CV-4094 (WFK) |
| | : | |

-----------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 12, 2026, the Court scheduled oral argument in the above-captioned action for Monday, August 24, 2026, at 12:00 Noon. ECF No. 8.

The parties are instructed to follow the admissions procedures provided by Rule 1.3 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, detailing the application process for attorneys seeking either regular or pro hac vice bar admission status to appear at oral argument. For more information, the Court also directs the parties' attention to the Regular Attorney Admission and Pro Hac Vice Admission sections within the Eastern District of New York website (https://www.nyed.uscourts.gov/attorney-admissions).

Additionally, the parties are further instructed to follow any applicable procedures provided in the Individual Motion Practices and Rules of Judge William F. Kuntz, II.

The Clerk of Court is respectfully directed to mail a copy of this Order and an updated copy of the docket report for the above-captioned civil action to Mr. Matthew Russell Lee of Inner City Press.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 18, 2026
Brooklyn, New York