UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

| | |
|---|---|
| IN RE INNER CITY PRESS : <br> : <br> : | **ORDER** <br> 26-CV-4094 (WFK) |

-----------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 24, 2026, the Court held oral argument in the above-captioned action. In light of this proceeding, the Court DIRECTS the parties to submit supplemental briefing, if any, on ECF on or before Friday, August 28, 2026, at 5:00 P.M.

The Clerk of Court is respectfully directed to mail a copy of this Order and an updated copy of the docket report for the above-captioned civil action to Mr. Matthew Russell Lee, Esq., of Inner City Press.

**SO ORDERED.**

**s/WFK**
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 24, 2026
Brooklyn, New York