UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

:

IN RE: INNER CITY PRESS : 26-cv-4094 (WFK)

:

--------------------------------------------------- x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Matthew Russell Lee, P.O. Box 130222, Chinatown Station, New York City, New York 10013, a journalist for Inner City Press, hereby appear on my own behalf and on behalf of Inner City Press.

Following this Court's August 18, 2026 Order (Docket No. 10) I applied for reciprocal admission from the U.S. District Court for the Southern District of New York and on August 19, 2026 was told by EDNY staff that I am admitted to practice before this Court. I am filing this notice at the request as the Court's staff in connection with today's oral argument.

Dated: New York, New York
August 24, 2026

_____/s/ Matthew Russell Lee __

Matthew Russell Lee
Inner City Press
SDNY Press Room
500 Pearl Street NYC NY 10007
Mail to: PO Box 130222
NYC NY 10013

718-716-3540
Matthew.Lee@innercitypress.com

Attorney for Plaintiffs / Petitioners