UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
IN RE INNER CITY PRESS :
:
:
-----------------------------------------------------X

**ORDER**
26-CV-4094 (WFK)

**Addendum Reference Order, Ex. A**